# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

M.C. and T.G., on behalf of themselves and all
similarly situated individuals,

                  Plaintiffs,

      v.

JEFFERSON COUNTY, NEW YORK;
COLLEEN M. O'NEILL, as the Sheriff of
Jefferson County, New York; BRIAN R.
McDERMOTT, as the Undersheriff of Jefferson
County; and MARK WILSON, as the Facility
Administrator of Jefferson County Correctional
Facility,

                  Defendants.

Case No. 6:22-cv-00190-DNH-ATB

**ORDER TO SHOW CAUSE FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

Upon the Memorandum of Law in Support of Plaintiff M.C.'s Order to Show Cause for a

Temporary Restraining Order and a Preliminary Injunction; the Declaration of Antony P.F.

Gemmell in Support of a Temporary Restraining Order; the Declarations of Richard N.

Rosenthal, M.D. and Daniel Pisaniello, M.D.; the Declarations of M.C., M.S.C., T.G., R.G.,

S.G., and Edmond Hayes; and the Class Action Complaint attached hereto; it is hereby

ORDERED that the above-named Defendants show before this Court, at Room _____, in the

United States Courthouse located at _____,

on _____ at _____ a.m./p.m., or as soon thereafter as counsel

may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of

Civil Procedure enjoining Defendants, during the pendency of this action, to provide Plaintiff

M.C. with his daily prescribed methadone during his period of incarceration at the Jefferson

County Correctional Facility.

It is further ORDERED that, sufficient reason having been shown therefor, and consistent with the requirements of 18.U.S.C. 3626(a)(1)(a), pending the hearing of Plaintiff M.C.'s motion for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendants are TEMPORARILY RESTRAINED AND ENJOINED to provide Plaintiff M.C. with his daily prescribed methadone treatment during his period of incarceration in Defendants' custody in a way deemed appropriate in light of security needs, such as (a) providing medication to Plaintiff M.C. in the Correctional Facility, (b) taking Plaintiff M.C. into the community on a daily basis to receive his medication, or (c) releasing Plaintiff M.C. on medical furlough if the Correctional Facility is unable to accommodate his daily medical needs.

It is further ORDERED that a copy of this order, together with the papers upon which it is granted, be served upon counsel for Defendants on or before _____ , 2022, and that such service be deemed good and sufficient.

IT IS SO ORDERED.


Dated: March _____, 2022

_____ , New York

_____

United States District Judge