UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

M.C. et al., on behalf of themselves and all similarly situated individuals,

    Plaintiffs,

v.

JEFFERSON COUNTY, NEW YORK, et al.,

    Defendants.

Case No. 6:22-cv-190-DNH-ML

**MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT Plaintiffs in this action hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary order enjoining Defendants to provide Plaintiffs and the putative class with agonist medication for opioid use disorder during their detention in Defendants' custody, either as prescribed to them at their time of entry to Defendants' custody, or as subsequently prescribed to them based on an appropriate clinical evaluation by a physician licensed to prescribe methadone and buprenorphine.

This motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction; the Declaration of Antony P.F. Gemmell in Support of Plaintiffs' Motion for a Preliminary Injunction; the Supplemental Declaration of Richard N. Rosenthal, M.D.; the Declaration of Edmond Hayes; the Declarations of M.C., T.G., J.C., J.M., M.L., M.S.C, P.M., R.D., R.G., S.C., and S.G.; and the Class Action Complaint.

Pursuant to Local Rule 7.1(b)(5), Plaintiffs request oral argument. Plaintiffs believe oral argument may assist the Court in weighing the factual and legal questions at issue on this

2

motion. Antony P.F. Gemmell, or another of Plaintiffs' counsel at the New York Civil Liberties Union Foundation, will argue this motion for Plaintiffs.

Dated: April 6, 2022
      New York, New York

                                         NEW YORK CIVIL LIBERTIES UNION
                                             FOUNDATION

<u>*/s/ Antony P.F. Gemmell*</u>
Antony P.F. Gemmell, #700911
Terry T. Ding, #702578
Molly K. Biklen, #515729
Gabriella M. Larios, #703415
Claire E. Molholm*
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
Facsimile: 212-607-3318
agemmell@nyclu.org

\* Admission to the New York bar pending;
  practicing under supervision.

*Counsel for Plaintiffs*