UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
M.C. and T.G., on behalf of themselves and
all similarly situated individuals,

        Plaintiffs,

   -v-                               6:22-CV-00190

JEFFERSON COUNTY, NEW YORK;
COLLEEN M. O'NEILL, as the Sheriff of
Jefferson County, New York; BRIAN R.
McDERMOTT, as the Undersheriff of
Jefferson County; and MARK WILSON, as
the Facility Administrator of Jefferson County
Correctional Facility,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| NEW YORK CIVIL LIBERTIES<br>   UNION FOUNDATION<br>*Attorneys for Plaintiffs*<br>125 Broad Street, 19th Fl.<br>New York, New York 10004 | ANTONY P.F. GEMMELL, ESQ.<br>TERRY T. DING, ESQ.<br>MOLLY K. BIKLEN, ESQ. |
| BARCLAY DAMON LLP<br>*Attorneys for Defendants*<br>125 East Jefferson Street<br>Syracuse, New York 13202 | TERESA M. BENNETT. ESQ. |

DAVID N. HURD
United States District Judge

## **ORDER**

Upon consideration of plaintiffs' consent motion for leave to file under seal, Dkt. 40, and of the factors discussed in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008), the Court finds that plaintiffs' interest in keeping private the highly sensitive medical information of current and former members of the putative class at issue in this case outweighs the public interest in disclosure of their identity and any prejudice to Defendants.

Therefore, it is

ORDERED that

1. Pursuant to Local Rule 5.3, plaintiffs' consent motion to seal the names of all current and former members of the putative class is GRANTED;

2. The parties shall refer to plaintiffs and current and former members of the putative class by pseudonyms, including in all filings and at all public hearings, for the duration of this action or until further order of the Court;

3. Defendants are prohibited from publicly disclosing the identities of plaintiffs or any current or former member of the putative class, except to persons or entities directly associated with this litigation for the purpose of investigating the allegations in the Class Action Complaint and for preparing an answer or other dispositive motion in response.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: April 13, 2022
       Utica, New York.