**BARCLAY DAMON**LLP

**Kayla A. Arias**
*Associate*

January 2, 2024

**VIA ECF**

Hon. Miroslav Lovric
United States Magistrate Judge
Unites States District Court, Northern District of New York
15 Henry Street
Binghamton, NY  13901

      Re:    M.C., et al v. Jefferson County, et al
              6:22-cv-190-DNH-ML

Dear Magistrate Judge Lovric:

    I write jointly on behalf of Defendants Jefferson County, et al., as well as Plaintiffs to advise that the parties have tentatively agreed to a settlement in principle.

    Specifically, the parties have agreed to the terms of a Consent Decree, subject to final approval of this Court. The County of Jefferson Board of Legislators has placed a Resolution for approval of the Settlement and Consent Decree on their agenda for their annual meeting scheduled to take place later today.

    As a result, the parties expect to submit a joint motion for class settlement approval within the next sixty days.

    Therefore the parties respectfully request that all deadlines be stayed, pending the parties' submission of a joint motion for class settlement approval.

    I have circulated this letter to Counsel for the Class, and they approve and join in this request.

    Thank you for Your Honors' consideration of this request.

                                Respectfully Submitted,

                                */s/ Kayla A. Arias*

                              Kayla A. Arias

Hon. Miroslav Lovric
January 2, 2024
Page 2


KAA
cc:     All Counsel of Record **VIA ECF**