UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.C. and T.G., on behalf of themselves and all similarly situated individuals,<br><br>     Plaintiffs,<br><br>  v.<br><br>JEFFERSON COUNTY, NEW YORK, et al.,<br><br>     Defendants. | Case No. 6:22-cv-190 (DNH/ML) |

**STATEMENT NOTING THE DEATH OF PLAINTIFF M.C.**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiff T.G. hereby notifies the Court of the death of Plaintiff M.C. on February 6, 2023.

Dated: February 28, 2024
   New York, New York

                NEW YORK CIVIL LIBERTIES UNION
                 FOUNDATION

                */s/ Gabriella M. Larios*
                Gabriella M. Larios, #703415
                Antony P. F. Gemmell, #700911
                Terry T. Ding, #702578
                Molly K. Biklen, #515729
                125 Broad Street, 19th Floor
                New York, New York 10004
                212-607-3300
                glarios@nyclu.org

                *Counsel for the Plaintiff Class*