## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.C. and T.G., on behalf of themselves and all similarly situated individuals, | |
| Plaintiffs, | Case No. 6:22-cv-190 (DNH/ML) |
| v. | |
| JEFFERSON COUNTY, NEW YORK, et al., | |
| Defendants. | |

### CONSENT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE AND APPROVAL OF PROPOSED CLASS NOTICE

PLEASE TAKE NOTICE THAT Plaintiffs in this action hereby move the Court pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure for an order: (1) preliminarily approving the proposed consent decree; (2) approving of the content and method of distribution of the proposed class notice; and (3) scheduling a fairness hearing on the proposed consent decree.

This motion is based on the attached Memorandum of Law; and Affirmation of Antony P. F. Gemmell and exhibits thereto.

Dated: March 26, 2024
     New York, New York

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

*/s/ Antony P. F. Gemmell*
Antony P.F. Gemmell, #700911
Terry T. Ding, #702578
Gabriella M. Larios, #703415
Molly K. Biklen, #515729
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
Facsimile: 212-607-3318
agemmell@nyclu.org

*Counsel for Plaintiffs*