UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.C. and T.G., on behalf of themselves and all similarly situated individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>JEFFERSON COUNTY, NEW YORK, et al.,<br><br>            Defendants. | Case No. 6:22-cv-190 (DNH/ML) |

**PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL<br>OF PROPOSED CONSENT DECREE**

PLEASE TAKE NOTICE THAT Plaintiffs in this action hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval of the proposed consent decree. *See* ECF No. 131-1. This motion is based on the attached Memorandum of Law, ECF No. 133-1; as well as the Affirmation of Antony P. F. Gemmell, and Declaration of T.G., ECF Nos. 134, 135.

Dated: August 15, 2024
       New York, New York

                                              NEW YORK CIVIL LIBERTIES
                                                UNION FOUNDATION

                                                */s/ Antony P. F. Gemmell*
                                                Antony P.F. Gemmell, #700911
                                                Terry T. Ding, #702578
                                                Gabriella M. Larios, #703415
                                                Molly K. Biklen, #515729
                                                125 Broad Street, 19th Floor
                                                New York, New York 10004
                                                Telephone: 212-607-3300
                                                Facsimile: 212-607-3318
                                                agemmell@nyclu.org

                                                *Counsel for Plaintiffs*